[Nos. 15011-9-III; 15322-3-III;   Division Three.   January 14, 1997.]
15489-1-III; 14600-6-III.

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
LEE VANDOURIS, *Appellant*.

*In the Matter of the Application for Relief From
Personal Restraint of* GREGORY LEE VANDOURIS,
*Petitioner*.

THE STATE OF WASHINGTON, *Respondent*, v. EFREN
ARRENDONDO RODRIGUEZ, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for
Spokane County, No 95-1-00222-7, Marcus M. Kelly, J.,
entered June 7, 1995; Yakima County, No. 94-1-01278-4,
Robert N. Hackett, J., entered January 19, 1996, and No.
93-1-01779-6, F. James Gavin, J., entered December 20,
1994. *Affirmed* by unpublished opinion per Munson, J. Pro
Tem., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14776-2-III.    Division Three.   January 16, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. LAURA
ANN MCNITT, *Respondent*.

Appeal from a judgment of the Superior Court for Ferry
County, No. 94-1-00030-6, Fred L. Stewart, J., entered
March 23, 1995. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Schultheis, A.C.J., and
Munson, J. Pro Tem.

[No. 14796-7-III.    Division Three.   January 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY
SCOTT SHAWN, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-00947-9, Michael E. Donohue,
J., entered March 13, 1995. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Munson, J. Pro Tem.